IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNN ROGERS | ) | Civil Action No. 3:22-cv-00174-KRG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Kim R. Gibson |
| | ) | |
| UPMC ALTOONA d/b/a UPMC ALTOONA FAMILY PHYSICIANS, and DONALD BECKSTEAD | ) ) ) | **Electronic Filing** |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Myah A. Cummings, of Dentons Cohen & Grigsby P.C., hereby moves to withdraw her appearance on behalf of Defendants, UPMC Altoona d/b/a UPMC Altoona Family Physicians and Donald Beckstead ("Defendants") from the above-captioned case, stating as follows:

1. Movant currently is associated with the law firm of Dentons Cohen & Grigsby P.C.

2. Dentons Cohen & Grigsby P.C. was retained to represent Defendants in the above-captioned matter and Movant entered her appearance in this case.

3. Ms. Cummings is leaving the employ of Dentons Cohen & Grigsby P.C., effective Friday, March 22, 2024.

4. Dentons Cohen & Grigsby P.C. will continue to represent its client in this case through the other attorneys whose appearance is already entered in the matter.

5. Consequently, for the reasons stated above, Movant requests to withdraw her appearance from the above-captioned case effective immediately.

WHEREFORE, Movant respectfully requests that this Honorable Court withdraw her appearance from the above-captioned case and remove her from the ECF notices and mailing matrix.

Respectfully submitted,

/s/ Myah A. Cummings
Myah A. Cummings
myah.cummings@dentons.com
Pa. ID 326732

**DENTONS COHEN & GRIGSBY P.C.**

625 Liberty Avenue
Pittsburgh, PA 15222-3152
412-297-4900 / 412-209-1975 (Fax)

*Counsel for Defendants*

Dated: March 19, 2024

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw Appearance was filed on March 19, 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Myah A. Cummings