IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNN ROGERS | ) | Civil Action No. 3:22-cv-00174-KRG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Kim R. Gibson |
| | ) | |
| UPMC ALTOONA d/b/a UPMC ALTOONA FAMILY PHYSICIANS, and DONALD BECKSTEAD | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of March, 2024, after consideration of Myah A. Cummings' Motion to Withdraw Appearance, it is HEREBY ORDERED, ADJUDGED AND DECREED THAT the Motion is GRANTED; it is further ORDERED that:

Myah A. Cummings' appearance will be withdrawn from the above-captioned case, and she will be removed from the ECF notices and mailing matrix.

_____