IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA\

| | |
|---|---|
| LYNN ROGERS,<br><br>      Plaintiff,<br><br>  v.<br><br>UPMC ALTOONA, DONALD BECKSTEAD,<br><br>      Defendants. | 3:22-CV-00174-CCW-KT |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 8, 2025, the Magistrate Judge issued a Report, ECF No. 42, recommending that Defendants' Motion to Dismiss for Failure to State a Claim, ECF No. 26, be granted in part and denied in part. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 26, is **GRANTED IN PART** and **DENIED IN PART**, as follows: Defendant's Motion to Dismiss is GRANTED with respect to the retaliation claims (Second Cause of Action, Fourth Cause of Action) and denied as to the Equal Pay Act Claim (Sixth Cause of Action), the gender discrimination claims (First Cause of Action, Third Cause of Action, Fifth Cause of Action), and the hostile work environment claims (First Cause of Action, Third Cause of Action).

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation, ECF No. 42, is adopted as the Opinion of the District Court.

IT IS FURTHER ORDERED that Defendants shall file an answer to the Amended Complaint on or before May 8, 2025.

IT IS SO ORDERED.

DATED this 24th day of April, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record